1  NATHAN SHAPIRO
2  6166 S. Sandhill Road
   Suite 146
3  Las Vegas, NV 89120
   Telephone: (212) 777-0002
4  Email: nylairchief@gmail.com
   Defendant in Proper Person
5

6  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**
7

| | |
|---|---|
| 8  PAUL PONOMARENKO, an individual, | Case No.: 2:18-cv-00216-RFB-CWH |
| 9  Plaintiff, | **MOTION FOR OST PER LR IA 6-1 IN RE: MOTION FOR LEAVE OF COURT TO NAME ADDITIONAL PARTY AND TO ASSERT ADDITIONAL CAUSES OF ACTION PURSUANT TO FED.R.CIV.P. 15(a)(2) and 19(a)(1)(A); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| 10  vs. | |
| 11  PROJECT VEGAS MANSION, corporate entity of unknown form, NATHAN SHAPIRO, an individual; and DOES 1 through 50, | |
| 12 | |
| 13 | **FIRST REQUEST** |
| 14  Defendants. | |
| 15  NATHAN SHAPIRO, an individual, | |
| 16  Counterclaimant, | |
| 17  vs. | |
| 18  PAUL PONOMARENKO, an individual, DOES 1 through 50 and ROE business entities 51 through 100, | |
| 19 | |
| 20 | |
| 21  Counterdefendants. | |
| 22  NATHAN SHAPIRO, an individual, | |
| 23  Third Party Plaintiff, | |
| 24  vs. | |
| 25  SUMMIT ESTATE, INC. DBA SUMMIT ESTATE RECOVERY CENTER, a California corporation, DOES 1 through 50 and ROE business entities 51 through 100, | |
| 26 | |
| 27 | |
| 28  Third Party Defendants. | |

**COMES NOW,** Defendant NATHAN SHAPIRO (hereinafter "Shapiro") and hereby respectfully submits his Motion for Order Shortening Time Pursuant to LR IA 6-1 in re: Motion for Leave of Court to Name an Additional Party and to Assert Additional Causes of Action Pursuant to Fed.R.Civ.P. 15(a)(2) and Fed.R.Civ.P. 19(a)(1)(A); Memorandum of Points and Authorities in Support Thereof [ECF 91].  Shapiro's motion is based upon the pleadings in this case as well as that mentioned Motion for Leave [ECF 91], the following Memorandum of Points and Authorities, the attached Declaration of Shapiro, and such additional matters as may be judicially noticed or properly come before this Court. Due to the time constraints in the Honorable Beth Labson Freeman's Order [ECF 88] entered February 5, 2018, *inter alia,* transferring venue to this Honorable Court and setting a deadline of March 7, 2018 in which Shapiro may file an amended counterclaim and amended third-party complaint, an expeditious adjudication of this Motion is *most* respectfully requested.

Dated: February 20, 2018

NATHAN SHAPIRO
By: /s/Nathan Shapiro
6166 S. Sandhill Road
Suite 146
Las Vegas, NV 89120
Telephone: (212) 777-0002
Facsimile: (702) 522-6069
Defendant in Proper Person

/ / /

/ / /

**DECLARATION OF NATHAN SHAPIRO PURSUANT TO 28 U.S.C. 1746 IN SUPPORT OF MOTION FOR ORDER SHORTENING TIME PURSUANT TO LR IA 6-1 IN RE: MOTION FOR LEAVE OF COURT TO NAME ADDITIONAL PARTY AND TO ASSERT ADDITIONAL CAUSES OF ACTION PURSUANT TO FED.R.CIV.P. 15(a)(2) and 19(a)(1)(A); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

NATHAN SHAPIRO declares as follows:

1. I am an adult and am competent to make the following declaration and statements of fact of my own personal knowledge, except as to those statements made upon information and belief, and as to those matters, I believe them to be true.

2. On February 5, 2018, The Honorable United States District Judge Beth Labson Freeman of the Northern District of California entered an Order transferring the above-captioned litigation to the District of Nevada [ECF 88].

3. Contained in Judge Freeman's February 5, 2018 Order was the deadline for your declarant to file his amended counterclaim and amended third-party complaint by March 7, 2018.

4. In the event that the Motion for Leave of Court to Name Additional Party and to Assert Additional Causes of Action Pursuant to Fed.R.Civ.P. 15(a)(2) and 19(a)(1)(A); Memorandum of Points and Authorities [ECF 91] is heard in the ordinary course according to the Federal Rules of Civil Procedure, the adjudication thereof will of necessity be well past March 7, 2018.

5. Your declarant's proposed amended counterclaim and proposed amended third-party complaint are extremely meritorious, and in the interests of substantial justice should be adjudicated as part of this overall litigation.

6. Accordingly, an Order Shortening Time on the Motion for Leave of Court to Name Additional Party and to Assert Additional Causes of Action Pursuant to Fed.R.Civ.P. 15(a)(2) and 19(a)(1)(A); Memorandum of Points and Authorities [ECF 91] is warranted, just and proper under the totality of the circumstances, and is therefore respectfully requested.

7. That pursuant to the provisions of 28 U.S.C. 1746, I hereby declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, except as to those statements made upon information and belief, and as to those matters, I believe them to be true.

Executed this 21st day of February, 2018 at Las Vegas, Nevada.

/s/ Nathan Shapiro
NATHAN SHAPIRO

/ / /
/ / /
/ / /

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 21st day of February, 2018, I served a true and accurate copy of the foregoing through the Court's CM/ECF system, and via email, to the following parties:

SANJIV N. SINGH, ESQ.
ssingh@sanjivnsingh.com

MICHAEL INDRAJANA, ESQ.
michael@indrajana.com

Attorneys for Plaintiff


/s/ Nathan Shapiro
NATHAN SHAPIRO

-4-