NATHAN SHAPIRO
6166 S. Sandhill Road
Suite 146
Las Vegas, NV 89120
Telephone: (212) 777-0002
Email: nylairchief@gmail.com
Defendant in Proper Person

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **PAUL PONOMARENKO, an individual,** | **Case No.: 2:18-cv-00216-RFB-CWH** |
| **Plaintiff,** | **ORDER ON MOTION FOR OST PER LR IA 6-1 IN RE:** |
| vs. | **MOTION FOR LEAVE OF COURT TO NAME ADDITIONAL PARTY AND TO ASSERT ADDITIONAL CAUSES OF ACTION PURSUANT TO FED.R.CIV.P. 15(a)(2) and 19(a)(1)(A); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| **PROJECT VEGAS MANSION, corporate entity of unknown form, NATHAN SHAPIRO, an individual; and DOES 1 through 50,** | [PROPOSED ORDER] |
| **Defendants.** | |
| **NATHAN SHAPIRO, an individual,** | |
| **Counterclaimant,** | |
| vs. | |
| **PAUL PONOMARENKO, an individual, DOES 1 through 50 and ROE business entities 51 through 100,** | |
| **Counterdefendants.** | |
| **NATHAN SHAPIRO, an individual,** | |
| **Third Party Plaintiff,** | |
| vs. | |
| **SUMMIT ESTATE, INC. DBA SUMMIT ESTATE RECOVERY CENTER, a California corporation, DOES 1 through 50 and ROE business entities 51 through 100,** | |
| **Third Party Defendants.** | |

The Motion of Defendant, NATHAN SHAPIRO ("Shapiro") for Order Shortening Time Pursuant to LR IA 6-1 in re: Motion for Leave of Court to Name an Additional Party and to Assert Additional Causes of Action Pursuant to Fed.R.Civ.P. 15(a)(2) and Fed.R.Civ.P. 19(a)(1)(A); Memorandum of Points and Authorities in Support Thereof [ECF 92] is before the Court. After full consideration of the papers and pleadings on file in the action and admissible evidence, and good cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

Defendant's Motion for Leave of Court to Name an Additional Party and to Assert Additional Causes of Action Pursuant to Fed.R.Civ.P. 15(a)(2) and Fed.R.Civ.P. 19(a)(1)(A) (ECF No. 91) and Motion for Order Shortening Time Pursuant to LR IA 6-1 (ECF No. 92) are **GRANTED.**

DATED:  February 27, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted by:

/s/ Nathan Shapiro
NATHAN SHAPIRO
6166 S. Sandhill Road
Suite 146
Las Vegas, NV 89120
Telephone: (212) 777-0002
Email: nylairchief@gmail.com
Defendant in Proper Person