**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| PAUL PONOMARENKO, | |
| Plaintiff, | Case No. 2:18-cv-00216-RFB-CWH |
| v. | **ORDER** |
| NATHAN SHAPIRO, *et al.*, | |
| Defendants. | |

  This matter is before the Court on Plaintiff's Motion for Extension of Time (ECF No. 111) and Motion for Pro Se Litigant to File Electronically (ECF No. 112), both filed May 4, 2018.

  Pursuant to LR IC 1-1, the ability to file electronically is reserved for authorized parties that have been issued a login and password to file documents on the Court's electronic filing system ("CM/ECF"). Plaintiff requests that the Court allow him to use the Court's CM/ECF system in order to file, access, and electronically serve documents in this case. After careful review of Plaintiff's explanation for why access is necessary, the Court finds good cause for allowing Plaintiff to use CM/ECF.

  Based on the foregoing and good cause appearing therefore,

  **IT IS HEREBY ORDERED** that Plaintiff's Motion for Pro Se Litigant to File Electronically (ECF No. 112) is GRANTED. Plaintiff must comply with the following procedures in order to activate his CM/ECF account:

  1. On or before **Friday, May 25, 2018**, Plaintiff shall provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing

Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

2. Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

3. Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Once Plaintiff is a registered filer with the Court, he must provide an email address at which he will receive CM/ECF notifications.

**IT IS FURTHER ORDERED** that Defendants serve any previously filed documents upon Plaintiff once he is a registered filer.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Extension of Time (ECF No. 111) is GRANTED. Counsel located out-of-state has **sixty (60) days** from the date of entry of this order to locate local counsel and otherwise comply with the requirements of LR IA 11-2.

DATED this 18th day of May, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**