FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 25 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1  PAUL PONOMARENKO in Pro Per
   c/o
2  1650 S. Amphlett Blvd. Suite 220
   San Mateo, CA 94402
3  Phone: (650) 597-0928

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF NEVADA

| | |
|---|---|
| PAUL PONOMARENKO, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>PROJECT VEGAS MANSION, corporate entity of unknown form, NATHAN SHAPIRO, an individual; and DOES 1 through 50,<br><br>    Defendants. | Case No.: 2:18-cv-00216-RFB-CWH<br><br>**PLAINTIFF PAUL PONOMARENKO'S DECLARATION OF COMPLETING ECF TUTORIAL PURSUANT TO ORDER NO. ECF-115** |
| NATHAN SHAPIRO, an individual,<br>    Counterclaimant,<br>v.<br>PAUL PONOMARENKO, an individual, DOES 1 through 50 and ROE business entities 51-100,<br>    Counterdefendants. | |
| NATHAN SHAPIRO, an individual,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>SUMMIT ESTATE, INC. DBA SUMMIT ESTATE RECOVERY CENTER, a California corporation; LUKE GERHARD KROGH, an individual; DOES 1 through 50 and ROE business entities 51 through 100,<br><br>Third Party Defendants. | |

**PLAINTIFF PAUL PONOMARENKO'S DECLARATION OF COMPLETING ECF TUTORIAL PURSUANT TO ORDER NO. ECF-115**

I, Paul Ponomarenko, declare as follows:

1. I have personal knowledge of the facts in this Declaration.
2. Pursuant to the Court's Order set forth in ECF-105, I have reviewed and completed the CM/ECF Tutorial located at the following URL: https://www.pacer.gov/cmecf/dc/.
3. I completed my tutorial on CM/ECF on May 23rd, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this May 23rd, 2018 in Santa Clara, California.

_____
PAUL PONOMARENKO